**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Yoni HIDALGO–CALDERON,**
**Defendant–Appellant.**

No. 09–12214
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 4, 2009.

Yoni Hidalgo–Calderon, Beaumont, TX, pro se.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BIRCH, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Duilio A. Espinosa–Montalban, appointed counsel for Yoni Hidalgo–Calderon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hidalgo–Calderon's conviction and sentence are **AFFIRMED.**